The people cannot be non-suited.
In this respect, as well as in many others, they enjoy the prerogatives of the British crown.

### THE PEOPLE against JAMES L. THURMAN.

D. RUSSELL, for the defendant, moved for judgment as in case of nonsuit.

W. H. *Maynard*, contra, objected, that judgment of nonsuit cannot be rendered against the people.

*Russell* said the suit was prosecuted for the benefit of one V. B. and he wished the Court to make such an order in this matter as finally to dispose of it, even if they could not render a technical judgment of nonsuit ; but it not sufficiently appearing, by the affidavits which he produced, that this was the case, and these affidavits not having been served on V. B. and he having no notice of this motion,

*The Court* declined interfering. They said the prerogatives of the people were in this, and many other respects, similar to those of the British crown. In this point of view they cannot be nonsuited.

Motion denied.